IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STRAHAN, | No. C 06-01680 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| SUSAN LEA, et al., | |
| Defendants. / | |

Plaintiff Richard Strahan filed this action on March 3, 2006 and sought to proceed *in forma pauperis*. On March 7, 2006, leave to proceed *in forma pauperis* was granted and the United States Marshal's Service was ordered to serve defendants Susan Lea, Professor of Physics at San Francisco State University ("SFSU"), and Ann Hallum, Dean of Graduate Studies at SFSU. On April 26, 2006, summons on defendant Hallum was returned, reflecting that service was accomplished on April 24, 2006. Summons on defendant Lea was returned unexecuted on that same date. Thus, at this point only defendant Hallum has been properly served.

On May 19, 2006, plaintiff Strahan filed a motion for a temporary restraining order ("TRO") against defendants Lea and Hallum. Plaintiff is a graduate student in the SFSU Physics Department, and alleges that defendants wrongfully conspired to "declassify" him from the program, preventing him from obtaining a Masters in Science degree in Physics. According to plaintiff, the last day of the semester is May 26, 2006; if he is unable to enroll for his classes before that date he will be formally expelled from SFSU. He therefore seeks a TRO ordering defendants to immediately withdraw their hold on his ability to register for classes.

Defendant Hallum is hereby ORDERED to respond to Strahan's application for a TRO by 12:00

p.m. on Thursday, May 25, 2006. The Court will hear oral argument on Strahan's application on Friday, May 26, 2006, at 9:00 a.m. as part of its civil calendar.

**IT IS SO ORDERED.**

Dated: May 22, 2006

SUSAN ILLSTON
United States District Judge