IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STRAHAN, | No. C 06-01680 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S APPLICATIONS FOR TEMPORARY RESTRAINING ORDER AND VACATING HEARING** |
| v. | |
| SUSAN LEA, et al., | |
| Defendants. | |

On May 19, 2006, plaintiff filed the instant application for a temporary restraining order ("TRO").[1] Plaintiff contends that he is being wrongfully prevented from registering from classes at San Francisco State University ("SFSU"). According to plaintiff, if he is unable to register for classes by the last day of the current semester, May 26, 2006, he will be formally expelled from SFSU and will therefore be unable to complete his Masters of Science degree in Physics.

The California Attorney General's Office responded by letter to plaintiff's application on May 23, 2006. The letter states that May 26, 2006, is not a dispositive date in this matter, and that plaintiff's relationship to SFSU will not change in any way if the May 26, 2006, date passes. The Court interprets this as a representation that plaintiff will not be prejudiced in any way if his TRO application is not heard before May 26, 2006.

Accordingly, the Court DENIES plaintiff's application for a TRO and VACATES the hearing currently scheduled for May 26, 2006. Plaintiff shall file a regularly noticed motion for a preliminary

---

[1] Plaintiff previously filed a TRO application on March 3, 2006. Because defendants were not served at that time, the Court has not yet ruled on that application. For the reasons discussed above, plaintiff's March 3, 2006, application for a TRO is also DENIED.

1  injunction by June 23, 2006. [Docket Nos. 4, 11]

2

3       **IT IS SO ORDERED.**

4

5  Dated: May 24, 2006

6                                                             _____
                                                              SUSAN ILLSTON
7                                                             United States District Judge